El Pueblo de Puerto Rico, demandante y apelado, *v.* Rafael Marchán, acusado y apelante.

No. 3001.—*Visto:* Enero 25, 1927.  *Resuélto:* Febrero 10, 1927.

1. Derecho Penal—Apelación y Error y Certiorari—Revisión—Presunciones en Apelación—Cuestiones que no Aparecen o Surgen de los Autos—Suficiencia de las Pruebas.—Cuando en proceso por tener en venta carne en estado de putrefacción—bajo acusación que alega este hecho—se insiste en apelación en que no se probó tal estado y no se eleva la prueba, debe presumirse que dicho estado de putrefacción se probó debidamente.

2. Alimentos *(Food)*—Reglamentos—Procesos Criminales por Infracción a los Mismos—Apelación—Revisión.—En apelación en este caso—proceso por tener en venta carne en estado de descomposición—se alegó, bajo teoría de que no fué examinada en un laboratorio, el que no se probó en el juicio tal estado de la carne.  *Se resolvió:* que un inspector no necesitaba ser experto para poder ver que se está ofreciendo en venta carne en estado de descomposición.

Sentencia de *Luis Samalea Iglesias,* J. (Arecibo), condenando al acusado por infracción al Art. 8 del Reglamento de Sanidad No. 53.  *Confirmada.*

*Rafael F. Marchán,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

El acusado fué convicto de tener en venta para el consumo humano cierta cantidad de carne de ganado vacuno en estado de putrefacción, violando de este modo el Reglamento de Sanidad No. 53, que prohibe tener carne en estado de descomposición.

[1, 2] En apelación se insistió en que no se probó en el juicio que la carne estuviese en estado de descomposición o putrefacción.   La acusación alega este hecho, pero la prueba

no ha sido elevada a esta corte, y bajo estas circunstancias estamos de acuerdo con el fiscal en que se debe presumir que el estado de putrefacción fué probado debidamente.

La teoría del apelante era que la carne debió haber sido examinada en un laboratorio. Igualmente convenimos con el fiscal en que un inspector no tiene que ser un perito para que en determinado caso pueda ver que se está ofreciendo a la venta carne en estado de descomposición.

*La sentencia debe ser confirmada.*